In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, upon the Application of NICOLA BRUZZESE, Appellant, for a Mandamus Order against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent.— Order denying motion for a peremptory or alternative mandamus order unanimously affirmed, with costs. The powers of the board of health under section 1172 of the Greater New York Charter█and under sections 19 and 325 of the Sanitary ┼ are not subordinated to the Zoning Resolution so as to forbid the adoption by the board of health of the regulation here attacked. The establishment of the zones by the board of estimate and apportionment does not mean that any part of an unrestricted district may be used for a poultry slaughter house, and it is not an unreasonable regulation to fix a suitable area of unrestricted property for the location of a site for such a business. We are of opinion that the regulation in question was validly enacted. (*People ex rel. Lieberman* v. *Vandecarr*, 175 N. Y. 440.) Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Probate of the Last Will and Testament of MATHILDA BOSSELMAN KELLEY, Deceased. ADELAIDE E. FREES, Appellant; TIMOTHY H. KELLEY and Others, Respondents.— Order of the Surrogate's Court of Westchester county unanimously affirmed, with costs to respondent Kelley against the appellant. No opinion. Present — Young, Hagarty, Scudder, Tompkins and Davis, JJ.